1118

### R. B. JACKSON v. STATE.
### No. 15313.

Court of Criminal Appeals of Texas.
April 27, 1932.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is murder; penalty assessed at confinement in the penitentiary for a period of seven years.

In the record there is neither statement of facts nor bills of exception. No irregularity in the procedure has been pointed out or discovered.

The judgment is affirmed.

### Ex parte G. C. JOHNSON.
### No. 15331.

Court of Criminal Appeals of Texas.
April 27, 1932.

Fuller & Leaverton, of Marfa, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

An application for a writ of habeas corpus was presented to this court by J. C. Johnson upon the averment that he was held in custody without process and without authority. On April 11th last, notice was given the sheriff of Presidio county to show cause, if any, for the detention and give reason for denying the issuance of the writ of habeas corpus. Pending the hearing in this court, which was set for April 20th, bail was allowed in the sum of $500.

From the uncontroverted answer of the sheriff, it appears that the custody of the appellant is by virtue of a judgment in a lunacy proceeding, adjudging the appellant insane and ordering his delivery to the officials of the State Insane Asylum.

Upon the answer filed, the application for writ of habeas corpus is denied.

### Gus MARTIN v. STATE.
### No. 15254.

Court of Criminal Appeals of Texas.
April 27, 1932.

J. F. Cunningham, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for aggravated assault; punishment, a fine of $400 and thirty days in the county jail.

The record is here without statement of facts, or complaint in any form of any procedure.

Finding no error, the judgment is affirmed.

### S. R. MOORE v. STATE.
### No. 15230.

Court of Criminal Appeals of Texas.
April 6, 1932.

S. F. Hill, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for swindling; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.